## A91A1004. CARR v. THE STATE.
(411 SE2d 913)

COOPER, Judge.
Appellant was convicted by a jury of selling cocaine in violation of OCGA § 16-13-30 (b), and because it was his second conviction under OCGA § 16-13-30 (b), he was sentenced to life imprisonment pursuant to OCGA § 16-13-30 (d). Appellant's sole enumeration of error is that the mandatory life sentencing provisions of OCGA § 16-13-30 (d) are unconstitutional in that they violate the Eighth and Fourteenth amendments. Despite appellant's attempt to distinguish his case, we find that his case is controlled by *Grant v. State*, 258 Ga. 299 (2) (368 SE2d 737) (1988), in which the Supreme Court of Georgia held that OCGA § 16-13-30 (d) did not constitute cruel and unusual punishment under the Eighth and Fourteenth amendments.

*Judgment affirmed. Birdsong, P. J., and Pope, J., concur.*

DECIDED SEPTEMBER 6, 1991 —
RECONSIDERATION DENIED OCTOBER 15, 1991.

*Hal T. Peel*, for appellant.

*Dupont K. Cheney, District Attorney, Charles D. Howard, Assistant District Attorney*, for appellee.